NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1257

LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Plaintiff-Appellee,

v.

TRANSAMERICA LIFE INSURANCE COMPANY,
WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO,
and TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY,

Defendants-Appellants.

Appeal from the United States District Court for the Northern District of Iowa in 06-CV-0110, Judge Mark W. Bennett.

ON MOTION

ORDER

The Transamerica Life Insurance Company, et al. move for a 60-day extension of time, until July 20, 2010, to file their brief. Lincoln National Life Insurance Company opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

APR 29 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 29 2010

JAN HORBALY
CLERK

cc: D. Randall Brown, Esq.
Steven M. Bauer, Esq.

s21